IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GRACE LAVERTUE,

      Appellant,

v.

      Case No. 5D22-8
      LT Case No. 2021-SC-004956

TRACY MARIE SPINKS,

      Appellee.

_____/

Decision filed December 6, 2022

Appeal from the County Court
for Seminole County,
Frederic Schott, Judge.

Thomas Gurrola, of Liberty Law,
PLLC, Ocala, for Appellant.

Christian W. Waugh and Mary A.
Norberg, of Waugh Grant, PLLC,
Orlando, for Appellee.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., EVANDER and EISNAUGLE, JJ., concur.